In the Matter of FREDERICK P. ROSEN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— In our opinion, there is no substantial evidence in the record to support the respondent's determination that the petitioner was operating his motor vehicle in a grossly negligent manner at the time and place of the accident here involved. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.